**Electronically Filed
Supreme Court
SCWC-23-0000167
23-APR-2025
10:22 AM
Dkt. 25 ODAC**

SCWC-23-0000167

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WILLIAM MIDDLETON,
Petitioner/Appellant-Appellant,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF HUMAN SERVICES,
Respondent/Appellee-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000167; 3CCV-20-0000098)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Ochiai, in place of Ginoza, J., recused)

Petitioner/Appellant-Appellant William Middleton's

application for writ of certiorari, filed on March 21, 2025, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, April 23, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Dean E. Ochiai

